UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
Mary Roach,                                            Case No. 12-cv-5509

                Plaintiff,
- against -                                            **CORPORATE DISCLOSURE**
                                              **STATEMENT**

Asset Acceptance, LLC, GE Capital
Retail Bank and Trans Union, LLC,

                Defendants.
---------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, Asset Acceptance, LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    Asset Acceptance, LLC, is a wholly owned subsidiary of Asset Acceptance Capital Corp., a non-governmental entity. Asset Acceptance Capital Corp. is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Asset Acceptance Capital Corp.

    Dated: New York, New York
    September 24, 2012

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN, P.C.

            By:          /s/
                      R. David Lane Jr. (RD 2435)
                      Attorneys for Defendant
                      Asset Acceptance, LLC
                      88 Pine Street, 21st Floor
                      New York, New York 10005-1801
                      (212) 376-6400