

# HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

*MEMO ENDORSED*

Maureen Doerner Fogel
Direct Line: (212) 471-8535
mfogel@herzfeld-rubin.com

October 5, 2012

**Via Facsimile**
Hon. Cathy Seibel, Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Application Granted** / ~~Denied~~
**So Ordered.**

_____
Cathy Seibel, U.S.D.J.

Dated: 10/9/12

Re:  Mary Roach v. Asset Acceptance, LLC;
     GE Capital Retail Bank and Trans Union LLC
     Case No. 712-CV-05509-CS

Dear Judge Seibel:

We represent defendant GE Capital Retail Bank ("GE") in the above-referenced matter. We write to request that Your Honor approve the plaintiff's agreement to extend GE's time to respond to the Complaint for a period of an additional two weeks to October 19, 2012. This extension is requested since the undersigned took over the file for my partner, who had twins last week and is now on maternity leave. Additionally, we have been engaged in a series of telephone conversations with the plaintiff's counsel concerning the circumstances surrounding the Complaint, most recently this week. An extension will enable us to continue these discussions. Thank you.

Respectfully submitted,

Maureen Doerner Fogel (MDF-0989)

cc: Shimshon Wexler, Esq.
    The Law Offices of Shimshon Wexler
    (Via facsimile and email)

    Richard David Lane, Esq.
    Marshall Dennehey Warner Coleman
    (Via facsimile)

    Sandra L. Davis, Esq.
    Schuckit & Associates, P.C.
    (Via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/12

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231
FAX: 212-471-3230

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840
FAX: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451
FAX: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460
FAX: (40) (21) 311-1465

# HERZFELD & RUBIN, P.C.

### ATTORNEYS AT LAW

125 BROAD STREET
NEW YORK, NEW YORK 10004
Telephone (212) 471-8500
Telefax (212) 344-3333

---

**FACSIMILE TRANSMITTAL SHEET**

---

The information contained in this facsimile message is intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for your telephone and postage expenses. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

| | |
|---|---|
| **TO:** Hon. Cathy Seibel, Judge | **FROM:** Maureen Doerner Fogel, Esq. |
| **COMPANY:** USDC/SDNY | **EMPL.#:** 054 |
| **FAX NUMBER:** 914-390-4278 | **DATE:** October 5, 2012 |
| **PHONE NUMBER:** | **CLIENT/MATTER NAME:** Roach v. GE Capital |
| **NUMBER OF PAGES (INCLUDING COVER SHEET):** | **CLIENT/MATTER NUMBER:** 41786.0004 |

**MESSAGE:** Attached is a revised letter correcting to the "Southern" District. Apologies we inadvertently indicated "Northern" District.

_____ Original will NOT follow          ___x___ Original WILL follow

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL MAIL ROOM at (212) 471-3216.**