UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARY ROACH

                Plaintiff,

    -against-

ASSET ACCEPTANCE, LLC; GE CAPITAL
RETAIL BANK; TRANS UNION, LLC

                Defendants.

------------------------------------------------------------x

Case No. 7:12-cv-05509-CS
ECF Case

**CERTIFICATE OF CORPORATE INTEREST FOR GE CAPITAL RETAIL BANK-RULE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant GE Capital Retail Bank states that it is a Federal Savings Bank headquartered in Draper, Utah. GE Capital Retail Bank, formerly known as GE Money Bank, is a wholly owned subsidiary of GE Consumer Finance, Inc., which is a wholly owned subsidiary of General Electric Capital Corporation, which is a wholly owned subsidiary of General Electric Company.

Dated: New York, New York
       October 17, 2012

By: _____
Maureen Doerner Fogel (MDF-0989)
HERZFELD & RUBIN, P.C.
Attorneys for Defendant
GE Capital Retail Bank
125 Broad Street
New York, New York 10004
(212) 471-8500

1047145