UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARY ROACH

                Plaintiff,

        -against-

ASSET ACCEPTANCE, LLC; GE CAPITAL
RETAIL BANK; TRANS UNION, LLC

          Defendants.

-------------------------------------------------------x

Case No. 7:12-cv-05509-CS
ECF Case

**CERTIFICATE OF CORPORATE
INTEREST FOR GE CAPITAL
RETAIL BANK-RULE 7.1**

        Pursuant to Fed. R. Civ. P. 7.1, Defendant GE Capital Retail Bank states that it is a

Federal Savings Bank headquartered in Draper, Utah. GE Capital Retail Bank, formerly known

as GE Money Bank, is a wholly owned subsidiary of GE Consumer Finance, Inc., which is a

wholly owned subsidiary of General Electric Capital Corporation, which is a wholly owned

subsidiary of General Electric Company.

Dated: New York, New York
       October 17, 2012

                       By: _Maureen Doerner Fogel_
                          Maureen Doerner Fogel (MDF-0989)
                          HERZFELD & RUBIN, P.C.
                          Attorneys for Defendant
                          GE Capital Retail Bank
                          125 Broad Street
                          New York, New York 10004
                          (212) 471-8500

1047145