

# Dykema

Dykema Gossett PLLC
2723 South State Street
Suite 400
Ann Arbor, MI 48104
WWW.DYKEMA.COM

Tel: (734) 214-7660
Fax: (734) 214-7696

**Jill M. Wheaton**
Direct Dial: 734-214-7629
Direct Fax: 734-214-7696
Email: JWheaton@dykema.com

MEMO ENDORSED

October 22, 2012

VIA FAX

Law Clerk to the Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: Roach v. Asset Acceptance, LLC, et. al., Case No. 12-5509

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/12

Dear Clerk:

I am lead counsel for Defendant Asset Acceptance, LLC in this matter, in which the initial pretrial conference is scheduled for November 16 at 3:45 PM . This is to request permission to attend the conference by telephone given my location out of state. Please let me know if this is possible, and if so, the logistics for my attendance by phone. Thank you in advance for your consideration and please contact me if you have any questions.

Sincerely,

**DYKEMA GOSSETT PLLC**

Jill M. Wheaton

*The Court will call at the # above unless advised by Ms. Wheaton to use a different number.*

cc: Shimshon Wexler, Esq. (by fax – 917-512-6132)
Richard David Lane, Esq. (by fax – 212-878-1701)
Maureen Doerner Fogel, Esq. (by fax – 212-344-3333)
Sandra L. Davis, Esq. (by fax – 317-363-2257)

Application Granted / ~~Denied~~
So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 10/23/12

California | Illinois | Michigan | North Carolina | Texas | Washington, D.C.

AA01\317246.1
IDVMW - 108721\0076



DYKEMA GOSSETT PLLC
2723 SOUTH STATE STREET
SUITE 400
ANN ARBOR, MI 48104
WWW.DYKEMA.COM

| | | | |
|---|---|---|---|
| **DATE:** | October 22, 2012 | **TOTAL PAGES INCLUDING COVER:** | 2 |
| **SENDER'S NAME:** | Jill M. Wheaton | **LOCATION:** | Ann Arbor |
| **SENDER'S E-MAIL:** | JWheaton@dykema.com | | |
| **SENDER'S PHONE:** | 734-214-7629 | **SENDER'S FAX:** | 734-214-7696 |

| | **NAME** | | **FAX NUMBER** | **CONFIRM NUMBER** |
|---|---|---|---|---|
| **TO:** | Law Clerk to the Honorable Cathy Seibel | U.S. District Court SDistrict of New York | (914) 390-4278 | (914) 390-4271 |
| | Shimshon Wexler, Esq. | | (917) 512-6132 | |
| | Richard David Lane, Esq. | | (212) 878-1701 | |
| | Maureen Doerner Fogel, Esq. | | (212) 344-3333 | |
| | Sandra L. Davis, Esq. | | (317) 363-2257 | |

**ADDITIONAL INFORMATION:**

**If you have problems receiving this message, please call: 734-214-7629**

**CLIENT NO.** 108721
**MATTER NO.** 0008

To comply with U.S. Treasury regulations, we advise you that any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used, by any person (i) for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service, or (ii) to promote, market or recommend to another party any matter addressed herein.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return original message to us at the below address via the U.S. Postal Service. Thank you

California | Illinois | Michigan | North Carolina | Texas | Washington, D.C.