# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT SOUTHERN DISTRICT OF NEW YORK COU[RT]
DOCUMENTS SERVED WITH INDEX # 12CV5509 AND FILED ON JULY 17, 2012
ATTORNEY(S): Shimshon Wexler,

MARY ROACH — Plaintiff
vs
ASSET ACCEPTANCE LLC, ET AL — Defendant

STATE OF UTAH COUNTY OF Utah, SS.:

Eric Foss being duly sworn deposes and says:
Deponent is not a party herein and is over 18 years of age. On July 27, 2012 at 2:10 P.M., at 170 WEST ELECTION ROAD, SUITE 125, DRAPER UTAH deponent served the within

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on: GE CAPITAL RETAIL BANK, Defendant therein named.

**INDIVIDUAL A** [ ] By personally delivering to and leaving with said _____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT

**CORPORATION B** [X] By delivering to and leaving with Noele Fennell at GE Capital Retail Bank and that deponent knew the person so served to be the Mailroom Administrator of the corporation. Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C** [ ] By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of UTAH

**AFFIXING TO DOOR D** [ ] By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of UTAH

**MAILING TO RESIDENCE (use with C or D) E1** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of _____ on _____

**MAILING TO BUSINESS (use with C or D) E2** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within the State of _____ The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F** [ ] Deponent had previously attempted to serve the above named defendant/ respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G** [ ] DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age 40 Approximate weight 140 Approximate height 5'8" Sex F
Color of skin White Color of hair Brown Other Glasses

**MILITARY SERVICE** [ ] Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action

**NON-SERVICE H** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

**WIT. FEES** [ ] $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 31 day of July 2012

Brenda Geibler

Eric Foss

Attny's File No.
Invoice•Work Order # SP1208559

**CORPORATE SERVICE BUREAU INC., 283 WASHINGTON AVENUE, ALBANY, NEW YORK 12206**