## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 12cv5509                                         Purchased/Filed: July 17, 2012

STATE OF NEW YORK       UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT

---

Mary Roach                                                                    Plaintiff

against

Asset Acceptance, LLC, et al.                                                 Defendant

---

STATE OF NEW YORK  } SS.:
COUNTY OF ALBANY

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 25, 2012_____, at _11:45 am_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

_____Asset Acceptance, LLC_____, the Defendant in this action, by delivering to and leaving with _____Tammy Alexander_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __48__   Approx. Wt: __145__   Approx. Ht: __5'8"__
Color of skin: __Black__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this
3rd day of August, 2012

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6202736, Albany County
Commission Expires March 23, 2013

Heather Morigerato
Attny's File No.
Invoice•Work Order # SP1208549

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**