UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X       12 Civ. 5509 (CS)
Mary Roach,
              Plaintiff
                                          **ORDER OF REFERENCE**
        v.                                      **TO A**
                                          **MAGISTRATE JUDGE**
Asset Acceptance, LLC
              Defendant.
---------------------------------X

The above entitled action is referred to the Honorable George A. Yanthis,

United States Magistrate Judge, for the following purpose(s):

____  GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____  GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____  DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____  SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

____  HABEAS CORPUS

____  INQUEST AFTER DEFAULT / DAMAGES HEARING

____  SOCIAL SECURITY

_X__  SETTLEMENT

____  CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

____  CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF
_____

____  JURY SELECTION

Dated: 11/27/12
White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/27/2012]

Rev. 9/10