


# HERZFELD & RUBIN, P.C.
## ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004  TEL 212 471-8500  FAX 212 344-3333  WWW.HERZFELD-RUBIN.COM

**MEMO ENDORSED**

Maureen Doerner Fogel
Direct Line: (212) 471-8535
mfogel@herzfeld-rubin.com

January 8, 2013

**VIA FACSIMILE**
Hon. Cathy Seibel, Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

1/25/13 conference adjourned to 2/1/13 @ 4:00 pm

Re: Mary Roach v. Asset Acceptance, LLC;
GE Capital Retail Bank and Trans Union LLC
Case No. 712-CV-05509-CS

So Ordered.

/s/ Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 1/8/13

Dear Judge Seibel:

We represent defendant GE Capital Retail Bank ("GE") in the above-referenced FCRA (Fair Credit Reporting Act) matter and write to Your Honor to request an adjournment of the status conference scheduled for Friday, January 25, 2013 at 2 p.m. I have secured the consent of all parties to the adjournment. The adjournment is requested since I will be out of state in Michigan on business and cannot get back to White Plains in time to attend on Friday afternoon. The parties inform me that they are available either of the following two Fridays (February 1, or 8) if that is convenient for the Court. If not, I can inquire as to additional dates as the Court directs. I will call Chambers to ascertain if this is permissible and thank the Court for the courtesy.

Respectfully submitted,

Maureen Doerner Fogel (MDF-0989)

cc: Shimshon Wexler, Esq.
The Law Offices of Shimshon Wexler

Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.

Jill M. Wheaton, Esq.
Dykema Gossett PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-2013

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (4021) 311-1460

# HERZFELD & RUBIN, P.C.

ATTORNEYS AT LAW

125 BROAD STREET
NEW YORK, NEW YORK 10004
Telephone (212) 471-8500
Telefax (212) 344-3333

## FACSIMILE TRANSMITTAL SHEET

The information contained in this facsimile message is intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for your telephone and postage expenses. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

TO: **Hon. Cathy Seibel, Judge**

COMPANY: **USDC/SDNY**

FAX NUMBER: **914-390-4278**

PHONE NUMBER:

NUMBER OF PAGES (INCLUDING COVER SHEET): 2

MESSAGE:

FROM: **Maureen Doerner Fogel, Esq.**

EMPL.#: **054**

DATE: **January 8, 2013**

CLIENT/MATTER NAME: **Roach v. GE Capital**

CLIENT/MATTER NUMBER: **41786.0004**

_____ Original will NOT follow       __x___ Original WILL follow

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL MAIL ROOM at (212) 471-3216.**