

**SCHUCKIT & ASSOCIATES** PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

January 7, 2013

**VIA FACSIMILE ONLY**
(914) 390-4095
(914) 390-4278

Honorable George A. Yanthis
Honorable Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-2013

Re: *Mary Roach v. Trans Union, LLC, et al.*
U.S. District Court, Southern District of New York
Case No.: 7:12-cv-05509-CS

Dear Magistrate Judge Yanthis and Judge Seibel:

We are counsel for Defendant Trans Union in the above-referenced matter. This case is scheduled for a Settlement Conference on January 9, 2013 at 2:00 p.m. We have reached a settlement with counsel for Plaintiff Mary Roach on behalf of Trans Union. We expect the Settlement Agreement to be signed this week, and we will file a Stipulation of Dismissal by early next week, and will therefore not be in attendance at the Settlement Conference.

Very truly yours,

SCHUCKIT & ASSOCIATES, P.C.

Camille R. Nicodemus

CRN/kar

cc: Shimshon Wexler, Esq. (via e-mail)
Richard David Lane, Esq. (via e-mail)
Maureen Doerner Fogel, Esq. (via e-mail)
Jill M. Wheaton, Esq. (via e-mail)



# SCHUCKIT
## & ASSOCIATES PC
ATTORNEYS AT LAW

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | SchuckitLAW.com

# FAX TRANSMITTAL

| | | | |
|---|---|---|---|
| Deliver To| | Judge Yanthis and Judge Seibel | Sent By| | Camille R. Nicodemus, Esq. |
| Company| | | Date| | January 7, 2013 |
| Fax Number| | (914) 390-4095 and (914) 390-4278 | Pages Sent| | __2__ (including cover) |
| Re| | Mary Roach v. Trans Union, LLC, et al. Case No. 7:12-cv-05509-CS | | |

## MESSAGE:

**CONFIDENTIALITY NOTICE:** This document and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, copy, distribute or take action in reliance upon this message. If you have received this correspondence in error, please notify us immediately. This message may contain information which is privileged, confidential and exempt from disclosure under applicable law and we do not waive attorney-client or work product privilege by the transmission of this message.