UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mary Roach,

                     Plaintiffs,                     **O R D E R**

        - against -

Asset Acceptance, LLC,

                     Defendant.              12 Civ. 5509 (CS)
-----------------------------------------------------------X

Seibel, J.

       It having been reported to this Court that this case has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated: White Plains, New York
         January 10, 2013

                                                         _Cathy Seibel_
                                                  Cathy Seibel, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-13