UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| MARY ROACH,<br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC;<br>GE CAPITAL RETAIL BANK;<br>TRANS UNION, LLC;<br>Defendants. | CASE NO. 7:12-cv-05509-CS<br>ECF Case<br><br><br><br>STIPULATION OF DISMISSAL WITH<br>PREJUDICE BETWEEN PLAINTIFF<br>AND DEFENDANT TRANS UNION,<br>LLC, ONLY |

Plaintiff Mary Roach, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Mary Roach against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Mary Roach and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: January 17, 2013

_Cathy Seibel_
JUDGE, United States District Court,
Southern District of New York

DISTRIBUTION TO:

| Shimshon Wexler, Esq.<br>shimshonwexler@yahoo.com | Jill M. Wheaton, Esq.<br>jwheaton@dykema.com |
|---|---|
| Richard D. Lane, Esq.<br>rdlane@mdwcg.com | Maureen Doerner Fogel, Esq.<br>mfogel@herzfeld-rubin.com |
| Camille R. Nicodemus, Esq.<br>cnicodemus@schuckitlaw.com | Sandra L. Davis, Esq.<br>sdavis@schuckitlaw.com |

Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| MARY ROACH,<br>　　　　Plaintiff, | CASE NO. 7:12-cv-05509-CS<br>ECF Case |
| vs. | |
| ASSET ACCEPTANCE, LLC;<br>GE CAPITAL RETAIL BANK;<br>TRANS UNION, LLC;<br>　　　　Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC, ONLY** |

Plaintiff Mary Roach, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: January 10, 2013

　　　　　　　　　　　　　　　　　　　　　*/s/ Shimshon Wexler, Esq. (w/consent)*
　　　　　　　　　　　　　　　　　　　　　Shimshon Wexler, Esq.
　　　　　　　　　　　　　　　　　　　　　The Law Offices of Shimshon Wexler, P.C.
　　　　　　　　　　　　　　　　　　　　　P.O. Box 250870
　　　　　　　　　　　　　　　　　　　　　New York, NY  10025
　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 760-2400
　　　　　　　　　　　　　　　　　　　　　Fax: (917) 512-6132
　　　　　　　　　　　　　　　　　　　　　E-Mail:  shimshonwexler@yahoo.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Mary Roach*

Date:  January 16, 2013                         /s/ Camille R. Nicodemus
                                                Camille R. Nicodemus, Esq.  (2807451)
                                                Sandra L. Davis, Esq.
                                                (admitted *Pro Hac Vice*)
                                                Schuckit & Associates, P.C.
                                                4545 Northwestern Drive
                                                Zionsville, IN  46077
                                                Telephone:  (317) 363-2400
                                                Fax:  (317) 363-2257
                                                E-Mail:  cnicodemus@schuckitlaw.com
                                                          sdavis@schuckitlaw.com

                                                *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **16th day of January, 2013**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Shimshon Wexler, Esq. shimshonwexler@yahoo.com | Jill M. Wheaton, Esq. jwheaton@dykema.com |
|---|---|
| Richard D. Lane, Esq. rdlane@mdwcg.com | Maureen Doerner Fogel, Esq. mfogel@herzfeld-rubin.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **16th day of January, 2013**, properly addressed as follows:

| None | |
|---|---|

/s/ Camille R. Nicodemus
Camille R. Nicodemus, Esq. (2807451)
Sandra L. Davis, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: cnicodemus@schuckitlaw.com
         sdavis@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*