UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARY ROACH

                    Plaintiff,

    -against-

ASSET ACCEPTANCE, LLC; GE CAPITAL
RETAIL BANK; TRANS UNION, LLC

                    Defendant.
------------------------------------------------------------------x

Case No. 7:12-cv-05509-CS
ECF Case

**STIPULATION**
**DISCONTINUING ACTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and attorneys for GE CAPITAL RETAIL BANK ("GE") and ASSET ACCEPTANCE, LLC, ("Asset") that the action against defendants GE and Asset, jointly inclusive of attorney fees, is hereby discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 31, 2013

HERZFELD & RUBIN, P.C.

By: _____
Maureen Doerner Fogel (MDF-0989)
Attorneys for Defendant
GE Capital Retail Bank
125 Broad Street
New York, New York 10004
(212) 471-8500

THE LAW OFFICES OF
SHIMSHON WEXLER P.C.

By: _____
Shimshon Wexler (SW-0770)
Attorneys for Plaintiff
P.O. Box 250870
New York, New York 10025

DYKIEMA GOSSETT PLLC

By: _____
Jill M. Wheaton (JMW-      )
Attorneys for Defendant
Asset Acceptance, LLC
2723 S. State Street, Suite 400
Ann Arbor, MI   48104